■ RENE GRINAN, Petitioner, v IRMA V. SANTAELLA et al., Respondents. — Determination of the respondent State Human Rights Appeal Board, dated March 10, 1983, confirmed and proceeding dismissed, without costs or disbursements. No opinion. Motion by petitioner for summary reversal of the determination of the respondent board denied. Titone, J. P., Gibbons, O'Connor and Rubin, JJ., concur.